Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Amy R. Margolies (SBN 283471)
amargolies@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF SAN BERNARDINO and JOHN GREGORY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE RODRIGUEZ, KAYLA FERRER and THE ESTATE OF JIMMY RAY FERRER, by and through it successor in interest. JEANNE RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, a public entity, DEPUTY SHERIFF JOHN GREGORY and SHERIFF JOSHUA LAUBE, individuals, and DOES 1 through 50, Inclusive<br><br>Defendant. | CASE NO. 5:21-cv-01471-MEMF-SHK<br><br>*Assigned for All Purposes to:*<br>Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom 8B<br><br>**NOTICE OF SETTLEMENT**<br><br>*Trial Date:*   TBD<br><br>Complaint filed: April 19, 2022<br>FAC:  June 8, 2022<br>SAC:  June 23, 2022<br>TAC:  August 22, 2022<br>4AC:  March 21, 2023<br>5AC:  April 10, 2023 |

**TO THE HONORABLE COURT:**

Defendants COUNTY OF SAN BERNARDINO and DEPUTY GREGORY ("Defendants"), by and through their attorneys of record, Lynberg & Watkins, P. C., and Plaintiffs JEANNE RODRIGUEZ and KAYLA FERRER ("Plaintiffs"), by and through their attorney of record, Adamson Ahdoot LLP, (the "Parties") hereby

1
**NOTICE OF SETTLEMENT**

provide notice to the Court, consistent with Local Rules 16-15.7 and 40.2, that the parties have settled this matter with respect to all claims for relief, inclusive of attorney's fees, costs, and liens.

    Considering the Parties' settlement, the Parties respectfully request that the Court refrain from issuing any ruling on the pending Motion for Summary Judgment so that the Parties may finalize the written settlement agreement and submit a Joint Stipulation to Dismiss all Claims and Parties with Prejudice. The Parties anticipate filing the dismissal within sixty (60) days.

    **IT IS SO STIPULATED.**

DATED: November 26, 2025    **ADAMSON AHDOOT LLP**

By: */s/ Daniel Stefanic*
**DANIEL STEFANIC**
Attorney for Plaintiffs

DATED: November 26, 2025    **LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Amy R. Margolies*
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
Attorneys for Defendants,
COUNTY OF SAN BERNARDINO and JOHN GREGORY

I certify that all parties to this document have consented to its filing.

DATED: November 26, 2025    **LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Amy R. Margolies*
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
Attorneys for Defendants,
COUNTY OF SAN BERNARDINO and JOHN GREGORY